Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

|  |  |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SANDRA J. BAQUERO,<br><br>Plaintiff,<br><br>-against-<br><br>BATTERY PARK CITY AUTHORITY, BFP ONE LIBERTY PLAZA CO., LLC, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., EMPIRE STATE PROPERTIES, INC., GENERAL RE SERVICES CORP., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., LIBERTY HOUSE CONDOMINIUM, LIBERTY TERRACE CONDOMINIUM, MILFORD MANAGEMENT CORP., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, ONE LIBERTY PLAZA, RICHARD WINNER, THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), VERIZON COMMUNICATIONS, INC., VERIZON NEW YORK, | Case No.:<br>06-CV-14486 (AKH)<br><br><br><br><br><br>**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.** |

INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA CO. GP, CORP., and WORLD FINANCIAL PROPERTIES, L.P.,

                           Defendants.

**PLEASE TAKE NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). LEFRAK ORGANIZATION, INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, LEFRAK ORGANIZATION, INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       September 10, 2007

                           Yours etc.,

                           HARRIS BEACH PLLC

                           Brian A. Bender, Esq. (BAB-0218)
                           HARRIS BEACH PLLC
                           *Attorney for Defendant*
                           ***LEFRAK ORGANIZATION, INC.***
                           100 Wall Street, 23rd Floor
                           New York, New York 10005
                           (212) 687-0100

245205.1

IN RE: WORLD TRADE CENTER LOWER   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA J. BAQUERO,
                                          Plaintiff,    Case No.:
          -against-                                06-CV-14486 (AKH)

BATTERY PARK CITY AUTHORITY, ET AL.,

                                          Defendants.

# NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100