Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*

21 MC 102 (AKH)

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA J. BAQUERO,

                                    Plaintiff,

            -against-

BATTERY PARK CITY AUTHORITY, BFP ONE
LIBERTY PLAZA CO., LLC, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC.
D/B/A BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC., EMPIRE STATE PROPERTIES,
INC., GENERAL RE SERVICES CORP., HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON
TOWERS HOUSING CO., INC., LEFRAK
ORGANIZATION, INC., LIBERTY HOUSE
CONDOMINIUM, LIBERTY TERRACE
CONDOMINIUM, MILFORD MANAGEMENT
CORP., NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., NEW LIBERTY
PLAZA LP, NEW YORK CITY ECONOMIC
DEVELOPMENT CORPORATION, NEW YORK
CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, ONE LIBERTY PLAZA,
RICHARD WINNER, THE BOARD OF MANAGERS
OF THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178), THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178), VERIZON
COMMUNICATIONS, INC., VERIZON NEW YORK,

Case No.:
06-CV-14486 (AKH)

**NOTICE OF ADOPTION OF**
**ANSWER TO MASTER**
**COMPLAINT OF HUDSON**
**TOWERS HOUSING CO., INC.**

INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP
ONE LIBERTY PLAZA CO. GP, CORP., and
WORLD FINANCIAL PROPERTIES, L.P.,

                                   Defendants.

_____

        **PLEASE TAKE NOTICE THAT** defendant, HUDSON TOWERS HOUSING CO.,

INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-

Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby

adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of *In Re:*

*World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).  HUDSON

TOWERS HOUSING CO., INC. has filed a Master Disclosure of Interested Parties in 21 MC

102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter,

pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

        **WHEREFORE**, HUDSON TOWERS HOUSING CO., INC. demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       September 10, 2007

                         Yours etc.,

                         **HARRIS BEACH PLLC**

                         _____
                         Brian A. Bender, Esq. (BAB-0218)
                         HARRIS BEACH PLLC
                         *Attorney for Defendant*
                         **HUDSON TOWERS HOUSING CO., INC.**
                         100 Wall Street, 23rd Floor
                         New York, New York 10005
                         (212) 687-0100

245214.1

                              2

21 MC 102 (AKH)

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA J. BAQUERO,

                                        Plaintiff,

            -against-

BATTERY PARK CITY AUTHORITY, ET AL.,

                                        Defendants.

Case No.:
06-CV-14486 (AKH)

# NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF
# HUDSON TOWERS HOUSING CO., INC.

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100