Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendants*
*LEFRAK ORGANIZATION, INC. and*
*HUDSON TOWERS HOUSING CO., INC.*

|  |  |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SANDRA J. BAQUERO, | Case No.: 06-CV-14486 (AKH) |
| Plaintiff, | |
| -against- | |
| BATTERY PARK CITY AUTHORITY, BFP ONE LIBERTY PLAZA CO., LLC, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., EMPIRE STATE PROPERTIES, INC., GENERAL RE SERVICES CORP., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., LIBERTY HOUSE CONDOMINIUM, LIBERTY TERRACE CONDOMINIUM, MILFORD MANAGEMENT CORP., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, ONE LIBERTY PLAZA, RICHARD WINNER, THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), VERIZON COMMUNICATIONS, INC., VERIZON NEW YORK, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA CO. GP, CORP., and | **CERTIFICATE OF SERVICE** |

WORLD FINANCIAL PROPERTIES, L.P.,

                              Defendants.

---

The undersigned certifies that on September 10, 2007, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Notice of Appearance;

2. Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.; and

3. Notice of Adoption of Answer to Master Complaint of Hudson Towers Housing Co., Inc.

Dated: September 10, 2007

                                               Brian A. Bender

245912.1