Frank D. Thompson, II (FT-0805)
LONDON FISCHER LLP
59 Maiden Lane, 41st fl.
New York, New York  10038
(212) 972-1000

Attorneys for Defendants: Milford Management Corp.,
The Board of Managers of Liberty House Condominium
and The Board of Managers of Liberty Terrace Condominium

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

SANDRA J. BAQUERO,

        Plaintiff,

 -against-

MILFORD MANAGEMENT CORP., *et al.*,

        Defendants.

-------------------------------------------------------------------- :x

21 MC 102 (AKH)

Index No.: 06CV14486

**NOTICE OF ADOPTION
TO MASTER COMPLAINT**

  PLEASE TAKE NOTICE that Defendants, MILFORD MANAGEMENT CORP., THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM i/s/h/a LIBERTY HOUSE CONDOMINIUM, and THE BOARD OF MANAGERS OF LIBERTY TERRACE CONDOMINIUM CONDOMINIUM i/s/h/a LIBERTY TERRACE CONDOMINIUM, by their attorneys, LONDON FISCHER LLP, as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  WHEREFORE, Defendants, MILFORD MANAGEMENT CORP., THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM, and THE BOARD OF MANAGERS

OF LIBERTY TERRACE CONDOMINIUM, demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      September 14, 2007

                              LONDON FISCHER LLP

By: _____
     Frank D. Thompson, II (FT-0805)
     59 Maiden Lane
     New York, New York 10038
     (212) 972-1000

Attorneys for Defendants:
Milford Management Corp.
Milstein Properties Corp.
The Board of Managers of Liberty House Condominium and
The Board of Managers of Liberty Terrace Condominium

TO:

Battery Park City Authority
c/o Wilson Elser, et al.
3 Gannett Drive
White Plains, NY 10604

Robert J. Higgins
Dickstein Shapiro Morin & Oshinsky LLP,
2101 L Street N.W.
Washington, DC 20037

Lionshead 110 Development, LLC
Eschen, Frenkle & Weisman, LLP
20 West Main Street
Bayshore, NY 11706

*Liaison Counsel for Plaintiffs*
Christopher Lopalo, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th floor
New York, New York  10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th fl.
New York, New York  10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th floor
New York, New York  10279

*Liaison Counsel for the Defendants*
Joseph Hopkins, Esq.
Patton Boggs LLP
1 Riverfront Plaza, 6th fl.
Newark, New Jersey  07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York  10006

K:\VGFutterman\WTC-Milstein\Pleadings\NoticeofAdoption-Baquero.doc

## CERTIFICATION OF SERVICE

      I hereby certify that I caused a true copy of the Notice of Adoption of Answer to Master Complaint to be served via First Class Mail on the day of September 14, 2007, upon the following:

Battery Park City Authority
c/o Wilson Elser, et al.
3 Gannett Drive
White Plains, NY  10604

Robert J. Higgins
Dickstein Shapiro Morin & Oshinsky LLP,
2101 L Street N.W.
Washington, DC  20037

Lionshead 110 Development, LLC
Eschen, Frenkle & Weisman, LLP
20 West Main Street
Bayshore, NY  11706

*Liaison Counsel for Plaintiffs*
Christopher Lopalo, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th floor
New York, New York  10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th fl.
New York, New York  10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th floor
New York, New York  10279

*Liaison Counsel for the Defendants*
Joseph Hopkins, Esq.
Patton Boggs LLP
1 Riverfront Plaza, 6th fl.
Newark, New Jersey  07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York  10006

The undersigned further certifies that on September 14, 2007, I caused the Notice of Adoption of Answer to Master Complaint to be electronically via the Court's ECF System upon the following:

**ALL DEFENSE COUNSEL**

Dated: September 14, 2007

_____
Frank D. Thompson, II