UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER　　　　　21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
SANDRA J. BAQUERO

                       Plaintiff,　　　　　　　Index No.: 06 CV 14486

    -against-　　　　　　　　　　　　　　　　　　**NOTICE OF**
                                           **APPEARANCE**
MILFORD MANAGEMENT CORP., *et al.*

                                             **ELECTRONICALLY**
                    Defendants.　　　　**FILED**
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**MILFORD MANAGEMENT CORP., THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM, I/S/H/A "LIBERTY HOUSE CONDOMINIUM", and THE BOARD OF MANAGERS OF LIBERTY TERRACE CONDOMINIUM, I/S/H/A "LIBERTY TERRACE CONDOMINIUM".**

I certify that I am admitted to practice in this court.


Dated:　　　New York, New York
             December 10, 2007


                                             LONDON FISCHER LLP

                               By:　　_____
                                             Gillian Hines Kost (GK-2880)
                                             59 Maiden Lane
                                             New York, New York 10038
                                             Phone: (212) 972-1000
                                             Fax: (212) 972-1030

*Attorney for Defendants*
**MILFORD MANAGEMENT CORP., THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM, I/S/H/A "LIBERTY HOUSE CONDOMINIUM", and THE BOARD OF MANAGERS OF LIBERTY TERRACE CONDOMINIUM, I/S/H/A "LIBERTY TERRACE CONDOMINIUM".**

K: VGFutterman\WTC-Milstein\Plaintiff/Baquero Pleadings\Notice of Appearance